UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MICHAEL HARKEY, | ) | |
| | ) | |
| Plaintiff(s), | ) | 2:15-cv-01378-RCJ-NJK |
| | ) | |
| vs. | ) | |
| | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | ) | **O R D E R** |
| | ) | |
| Defendant(s). | ) | |

      Plaintiff is proceeding in this action *pro se*, and has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. Applications to proceed *in forma pauperis* are used by plaintiffs who can demonstrate an inability to pay the Court's $400 filing fee. It appears that Plaintiff filed an application to proceed *in forma pauperis* but does not actually intend to proceed in that manner. *See id.* at 2 ("Will pay court fees by Friday, July 24, 2015 in full").[1] Plaintiff is advised that he does not need to file an application to proceed *in forma pauperis* if he pays the filing fee.

      Accordingly, Plaintiff's application to proceed *in forma pauperis* is hereby **DENIED**. Plaintiff did not pay the $400 filing fee by July 24, 2015, as represented. The Court hereby **ORDERS** Plaintiff to pay the filing fee no later than August 12, 2015. To the extent Plaintiff does

---

[1] Even if that were not the case, Plaintiff failed to complete the form so that the Court would be unable to evaluate the request at any rate. *See, e.g., id.* at 1 (noting that Plaintiff receives income from business, profession, or self-employment, as well as from other sources, but failing to specify the amount of income).

1  in fact intend to attempt to proceed in this case without paying the filing fee, he must carefully
2  review the *in forma pauperis* application, complete it fully, and file it no later than August 12, 2015.
3     The Clerk of Court is **INSTRUCTED** to mail Plaintiff two blank Applications to Proceed
4  *In Forma Pauperis* for non-incarcerated litigants.
5     **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A**
6  **RECOMMENDATION THAT THIS CASE BE DISMISSED**.
7     IT IS SO ORDERED.
8     DATED: July 28, 2015

        _____
        NANCY J. KOPPE
        United States Magistrate Judge