UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HARKEY,<br><br>                Plaintiff(s),<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,<br><br>                Defendant(s). | Case No. 2:15-cv-01378-RCJ-NJK<br><br>**REPORT AND RECOMMENDATION** |

On July 29, 2015, the Court denied without prejudice Plaintiff's application to proceed *in forma pauperis*. Docket No. 2. In particular, the Court was unclear whether Plaintiff intended to pay the filing fee or attempt to proceed *in forma pauperis*, and the application to proceed *in forma pauperis* was incomplete. *See id.* at 1 & n.1. The Court ordered Plaintiff to either pay the filing fee or file a completed application to proceed *in forma papueris*, no later than August 12, 2015. *See id.* at 1-2. The Court expressly warned Plaintiff that "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THIS CASE BE DISMISSED**." *Id.* (emphasis in original). To date, Plaintiff has not complied.

In light of the above, on August 18, 2015, the Court issued an order for Plaintiff to show cause why the case should not be dismissed. Docket No. 4. The response to that order was due no late than September 1, 2015. The order to show cause again warned Plaintiff that "**[f]ailure to comply with this order will result in a recommendation that the case be dismissed without prejudice**." *id.* (emphasis in original). Despite that warning, Plaintiff has not responded.

In short, Plaintiff has failed to pay the filing fee or a completed application to proceed *in forma papueris* despite repeated warnings that his case may be dismissed if he fails to do so.  Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED** without prejudice.

Dated: September 4, 2015

_____
Nancy J. Koppe
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court.  Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.