UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| MICHAEL HARKEY,<br><br>        Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., *et al.*,<br><br>        Defendant. | CASE NO.: 2:15-CV-01378-RCJ-NKJ<br><br>O R D E R |

    The Court has considered the Report and Recommendation of United States Magistrate (ECF #5) entered on September 4, 2015, in which the Magistrate Judge recommends the Court dismiss this action without prejudice for failure to comply with Court Order (ECF #4).  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

    ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #5).

    IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE. Plaintiff has failed to comply with Court Order (ECF #4) and pay the filing fee or file a completed application to proceed *in forma pauperis*.   The Clerk of the Court shall enter judgment accordingly, and close this case.

    IT IS SO ORDERED this 24th day of September, 2015.

                                                _____
                                                ROBERT C. JONES
                                                UNITED STATES DISTRICT JUDGE